■ In the Matter of SUSAN YALVAC, Appellant, v MICHAEL R. WILLIAMS, Respondent. [14 NYS3d 920]—Appeal from an order of the Family Court, Nassau County (Merik R. Aaron, J.), dated April 30, 2014. The order denied the mother's motion for permission to file late objections to an order of that court (Elizabeth A. Bloom, S.M.), dated September 3, 2013, which dismissed her petition for certain relief.

Ordered that the order dated April 30, 2014, is affirmed, with costs.

Objections to an order of a Support Magistrate must be filed within 35 days of the date on which the order is mailed to the objecting party (*see* Family Ct Act § 439 [e]; *Matter of Bruckstein v Bruckstein*, 78 AD3d 694, 694 [2010]; *Matter of Bodouva v Bodouva*, 53 AD3d 483, 484 [2008]; *Matter of Burke v Burke,*

45 AD3d 591, 592 [2007]; *Matter of Hodges v Hodges*, 40 AD3d 639, 639 [2007]). Here, it is undisputed that the mother filed her written objections to the Support Magistrate's order more than 35 days after the order was mailed to her. Accordingly, the Family Court properly denied the mother's objections as untimely (*see Matter of Babb v Darnley*, 123 AD3d 1028 [2014]; *Matter of Xiao-Lan Ma v Washington*, 112 AD3d 957 [2013]; *Matter of Bodouva v Bodouva*, 53 AD3d 483 [2008]; *Matter of Herman v Herman*, 11 AD3d 536 [2004]). Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.